■ In the Matter of AAC Auto Service et al., Respondents, v New York State Department of Motor Vehicles et al., Appellants. [64 NYS3d 538]—

Order, Supreme Court, Bronx County (Alison Y. Tuitt, J.), entered February 1, 2016, which, to the extent appealed from, granting the petition to the extent of vacating the determination of respondent Department of Motor Vehicles, dated September 18, 2014, upholding the imposition of monetary penalties against petitioner Aristo Arteaga, unanimously reversed, on the law, without costs, the determination reinstated, the petition denied, and the proceeding brought pursuant to CPLR article 78 dismissed.

The imposition of a civil penalty upon both Arteaga, in his

capacity as a certified motor vehicle inspector, and petitioner AAC Auto Service, in its distinct capacity as a licensed official inspection station, for violations arising from the same conduct does not constitute a prohibited double fine (*see* Vehicle and Traffic Law § 303 [h]; *Matter of GR Auto & Truck Repair v New York State Dept. of Motor Vehs.*, 150 AD3d 730 [2d Dept 2017], citing *Matter of Khan Auto Serv., Inc. v New York State Dept. of Motor Vehs.*, 123 AD3d 1258 [3d Dept 2014]). Concur—Richter, J.P., Kapnick, Webber, Oing and Singh, JJ.